# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 17-0337-DOC (JEMx)          Date: July 21, 2017

Title: AMANY SIMMONDS V. WELLS FARGO BANK, N.A. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING CASE**

    On April 17, 2017, this Court granted Defendant's Motion to Dismiss and dismissed Plaintiff's complaint (Dkt. 17). The Court granted Plaintiff leave to file an amended complaint on or before May 1, 2017. *Id.* No amended complaint has been filed. Accordingly, the Court DISMISSES this case for lack of prosecution. *See* Fed. R. Civ. P. 41(b); L-R 41.1.

MINUTES FORM 11                                                            Initials of Deputy Clerk: djg
CIVIL-GEN