UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMANY SIMMONDS,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>WELLS FARGO BANK, N.A. and DOES, 1-100, inclusive,<br><br>   Defendants - Appellees. | No. 17-56061<br><br>D.C. No. 8:17-cv-00337-DOC-JEM<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered June 25, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $159.40.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT

              By: Jessica F. Flores Poblano
              Deputy Clerk
              Ninth Circuit Rule 27-7